AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

John Allen Dyson

JUDGMENT IN A CIVIL CASE

v.

Benton County Jail, et al

CASE NUMBER: CV-07-5075-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs Motion to Voluntarily Dismiss Complaint (Ct. Rec. 14) is GRANTED. All other pending motions are denied as moot. Judgment entered without prejudice and file closed.

| | |
|---|---|
| June 27, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |